**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **BRAD THORPE**, | |
| **PLAINTIFF**, | CASE NO. 2:23-cv-03436-SDM-EPD |
| v. | JUDGE SARAH MORRISON |
| **ENGINEERING ECONOMICS, INC.**, et al., | MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS |
| **DEFENDANTS**. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses all claims against all defendants without prejudice.

Respectfully submitted,

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619)
Jessica R. Doogan (Ohio Bar No. 0092105)
Paul Filippelli (Ohio Bar No. 0097085)
WILLIS SPANGLER STARLING
4635 Trueman Boulevard, Suite 100
Hilliard, Ohio 43026
Telephone: (614) 586-7915
Facsimile: (614) 586-7901
jstarling@willisattorneys.com
jdoogan@willisattorneys.com
pfilippelli@willisattorneys.com

*Attorneys for Plaintiff Brad Thorpe*

**CERTIFICATE OF SERVICE**

I certify that, on October 18, 2023, I filed this document and any attachments with the Clerk of Courts via its electronic filing system, and served a copy on all defendants via U.S. mail.

By: /s/ Jason E. Starling
Jason E. Starling (Ohio Bar No. 0082619)